Affirmed in part and reversed in part and remanded by PER CURIAM opinion.
Judge NIEMEYER Wrote the opinion for the court in Parts I, II.A, and III, in which Judge GREGORY joined. Judge NIEMEYER wrote a separate opinion in Part II.B dissenting from the judgment in part. Judge GREGORY wrote a separate opinion, concurring in the judgment. Judge DAVIS wrote a separate opinion, concurring in the judgment in part and dissenting in part.
PER CURIAM:
This bankruptcy appeal presents the issue of whether two claims, one for declaratory relief and one for money damages, asserted by debtor Oteria Moses in an adversary proceeding, are subject to arbitration. The bankruptcy court retained jurisdiction over the first claim and denied the motion of CashCall, Inc. to compel arbitration. With respect to the second *66 claim, it made recommended findings of fact and conclusions of law, likewise to retain jurisdiction over the claim and deny the motion to compel arbitration. On appeal from the bankruptcy court, the district court affirmed the bankruptcy court’s denial of the motion to compel arbitration as to the first claim and, itself, denied the motion to compel arbitration with respect to the second claim. .
On appeal, we hold, for the reasons given by Judge Niemeyer in Parts I, II.A, and III of his opinion, in which Judge Gregory joined, that the district court did not err in affirming the bankruptcy court’s exercise of discretion to retain in bankruptcy Moses’ first claim for declaratory relief. We also hold, however, that the district court erred in retaining in bankruptcy Moses’ claim for damages under the North Carolina Debt Collection Act and denying CashCall’s motion to compel arbitration of that claim. Judge Gregory and Judge Davis wrote separate opinions concurring in that judgment. Judge Niemeyer wrote a separate opinion on that issue, dissenting.
Accordingly, the judgment of the district court is affirmed in part and reversed in part, and this matter is remanded to the district court with instructions to grant CashCall’s motion to compel arbitration on Moses’ second claim for damages.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED WITH INSTRUCTIONS.